# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY R. REYNOLDS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No.  SA-18-CV-770-XR |
| CAPITAL ONE FINANCIAL CORPORATION | § § § § | |
| *Defendant*. | § § | |

## ORDER

The parties have informed the Court that they have reached a settlement. Docket no. 19. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including trial, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **March 4, 2019**.  *See* FED. R. CIV. P. 41.  Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so ORDERED.

SIGNED this 3rd day of January, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE