# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

MARY R. REYNOLDS,

     Plaintiff,

v.

CAPITAL ONE FINANCIAL
CORPORATION,

     Defendant.

Case No.  5:18-cv-00770-XR

Honorable Judge Xavier Rodriguez

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff MARY R. REYNOLDS, and the Defendant, CAPITAL ONE FINANCIAL CORPORATION, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CAPITAL ONE FINANCIAL CORPORATION, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated:  March 1, 2019

     Respectfully Submitted,

**MARY R. REYNOLDS**

**CAPITAL ONE FINANCIAL
CORPORATION**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

/s/ Adam C. Ragan (*with consent*)
Adam C. Ragan
*Counsel for Defendant*
Hunton Andrews Kurth
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Phone: (214) 468-3577
Phone: (214) 800-0011
aragan@huntonAK.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
