FILED

MAR - 4 2019

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARY R. REYNOLDS,<br><br>Plaintiff,<br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendant. | Case No. 5:18-cv-00770-XR<br><br>Honorable Judge Xavier Rodriguez |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, MARY R. REYNOLDS ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: March 4, 2019

_____
Judge, U.S. District Court